Louis Rosenheim and Others, Appellants, v. Max Brenner, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Eleanor Griffiths, Appellant, v. Henry W. Griffiths, Respondent.— Order affirmed. No opinion.

Harris D. Colt, Respondent, v. Elizabeth B. Colt, Appellant.— Order affirmed. No opinion.

Benjamin P. Ducas, Appellant, v. Rachel N. Ducas, Respondent, Impleaded with Jay C. Guggenheimer, as Trustee, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Harry Voorhies, a Discharged Bankrupt, Respondent, for an Order Canceling a Certain Judgment against Him under Section 150 of the Debtor and Creditor Law (Consol. Laws, chap. 12; Laws of 1909, chap. 17). George W. Ellis, Judgment Creditor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Frederick Rohde, Appellant, v. The City of New York and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Oliver Refining Company, Appellant, v. Adolf Aspegren and John Aspegren, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John M. Boteler, Respondent, v. Simon Julius Frank, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The American Exchange National Bank, Respondent, v. Francis J. Palmer, Appellant, Impleaded with Sara H. Palmer and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

G. P. Putnam's Sons, Respondent, v. William P. Pickett, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Louis Cherry.— Motion granted unless appellant complies with terms stated in order.

The People of the State of New York v. Mabel Wilson.— Motion granted.

Abraham Berashick v. Lee Ritter.— Motion denied, with ten dollars costs.

Jacob Lenz v. Modern Woodmen, etc.— Motion denied.

John Balkau v. Robe & Brother.— Motion granted, with ten dollars costs.

In the Matter of East One Hundred and Eightieth Street.— Motion granted, with ten dollars costs.

Alvin S. Beringer v. Patrick J. Frawley.— Motion granted, without costs.

Mary Patterson and Others v. Charles A. Youngs and Others.— Application granted. Order signed.

Nicholas Bardnarcyzk v. Samuel Weil. Arje Barnett v. Max L. Typermass. Slawson & Hobbs v. Edward Rafter. Mayer Cohen v. Arthur Lundberg. Teddy Connelly v. Rogers & Hagerty. Edith A. Hulbert v. Felber Engineering Works. Louis Eschen v. Madison Iron Works.— Applications denied, with ten dollars costs.— Order signed.